# INITIATION OF A FORMAL DISCIPLINARY INVESTIGATION

CONTROL NUMBER: 2020-0417-R
DATE FORM 230 RECEIVED BY PIB: 8/19/2020

DATE COMPLAINT RECEIVED: 8/19/2020
DATE INITIATION FORM COMPLETED: 8/25/2020

DOMESTIC INCIDENT:___

SEXUAL HARASSMENT: ___

**Source**
___Public Complaint ___NOPD Supervisor __X__ NOPD Employee

**How Complaint Received**
Violation Observed___ In-Person___ Telephone___ Correspondence X Investigation___

**Investigator Initiating Complaint:** Lieutenant Precious Banks
**Assignment:** Public Integrity Bureau

2021 JAN 27 P 1:30

**Complainant's Name, Race, Sex,** Anonymous
**Employee#:** Unknown

**Complainant's Business Address:** Unknown
**City/State/Zip Code:** Unknown

**Contact #:** Unknown
**Email Address:** Unknown

**Date and Time Incident of Complaint Occurred:** Unknown

**Location Where Incident of Complaint Occurred:** 715 South Broad Street, New Orleans, LA 70119

**Duty Status:** On Duty X / Off___ Detail___
**Shift:** 1st X / 2nd___ / 3rd___
**Clothing:** Regular Uniform___ Task Force Uniform___ Plainclothes___

Total Number of Accused Officers: 1

Suspended:___
Reassigned:___
Detailed: X

**Accused Member: Rank, Name, Race, Sex, Employee #, Assignment**
Sergeant Stephanie Taillon, W/F, Employee #12967, A.P.R./F.O.B.

**Alleged Rule Violation/s (State Specific Rule):**
V1: Rule 3: Professional Conduct; Paragraph 1: Professionalism
V2: Rule 4: Performance of Duty; Paragraph 2: Instructions from an Authoritative Source to wit NOPD Chapter 26.3: Workplace Discrimination, Sexual Harassment, and Retaliation

**Accused Member's Supervisor (Rank, Name, Employee number):**
Lieutenant Dan Kramer, Employee #06499

EXHIBIT
tabbies
B

INITIATION OF A FORMAL DISCIPLINARY INVESTIGATION

Witness:
*W1: SPO Kira Godchaux-Boudreaux, Employee# 10376, APR Unit, 504-410-6424. klgodchaux@nola.gov
W2: PT Bridget Lewis, Employee# 20978, APR Unit, 504-256-6510, bdlewis@nola.gov
W3: PT Donna Alexander, Employee# 31195, APR Unit, 504-502-2419
W4: PT Algh Banks, Employee #13989, APR Unit, 504-915-9370, abanks@nola.gov
W5: PT Kiona Williams, Employee #30239,
W6: Sergeant Dennis Laurie Sr., Employee #06355, APR Unit,
W7: SPO Samuel Senter, Employee# 26626, APR Unit
W8: SPO Christian Claus, Employee #29534, APR Unit

Gist:

On Wednesday, August 19, 2020, Lieutenant Precious Banks assigned to the Public Integrity Bureau received an Anonymous Letter addressed to the Public Integrity Bureau. The letter indicated possible inappropriate conduct by a supervisor in the Alternative Police Response Unit (APR) towards another employee assigned to the same unit. The letter was sent in an envelope with no return address. The letter was made to the attention of Deputy Chief A. Westbrook. A duplicate letter was received made to the attention of Captain S. Richardson. The letter stated the following:

*To whom it may concern,*

*I want to bring to your attention an incident that occurred in the APR Unit at NOPD Head Quarters involving Sergeant Stephanie Taillon and Officer Kira Godchaux.*

INITIATION OF A FORMAL DISCIPLINARY INVESTIGATION

On Thursday, August 20, 2020, at or about 12:52pm, Lieutenant Banks met with Senior Police Officer Kira Godchaux-Boudreaux. Boudreaux advised she has been assigned to the APR Unit for a period of 8 or 9 months. Boudreaux is assigned to the "A" Platoon, 7:25am to 4pm. Her immediate supervisor is Sergeants Dennis Laurie and Stephanie Taillon.

Boudreaux tried to forget about the incident. She did not recall the date the incident occurred. PT Donna Alexander and PT Bridget Lewis was present when the incident occurred.

She does not know where this complaint came from. Boudreaux did not report the incident

Lieutenant Banks spoke with PT Bridget Lewis on Thursday, August 20, 2020 at or about 4:45pm via phone (504)256-6510. Lewis stated she is assigned to the APR Unit, "A" Platoon, 7:30am to 3:30pm. She has been there for 3 ½ years. Her supervisors are Sergeants Stephanie Taillon and Dennis Laurie. She did not observe are hear anything about an incident with Sergeant Stephanie Taillon and Officer Kira Godchaux. There were no incidents in the APR office that made her feel uncomfortable.

Lieutenant Banks spoke with PT Donna Alexander on Thursday, August 20, 2020 at or about 5:48pm via phone (504)502-2419. Alexander stated she has been assigned to the APR unit for approximately a year. She works from 8am to 4pm. Her immediate supervisor is Sergeant Dennis Laurie. She did not observe are hear anything about an incident with Sergeant Stephanie Taillon

and Officer Kira Godchaux. Officer Godchaux sits in a cubicle adjacent to hers. [redacted]

Lieutenant Banks spoke with PT Algh Banks on Thursday, August 20, 2020 at or about 6:06pm via phone (504) 915-9370. PT Banks stated she has been assigned to the APR Unit for 2 ½ years. She is assigned to the first watch, 7am to 3pm. Her supervisor is Sergeant Dennis Laurie and the Admin Sergeant is Sergeant Stephanie Taillon. PT Banks stated she have heard verbal comments several times within the unit. She sits in a corner on the right side of the room by the door. It's kind of difficult to hear a full conversation or a statement. She can only hear bits and pieces due to the distance where she sits. She can hear when someone make statements about Sergeant Taillon because they will say her name. [redacted] PT Banks have not seen or heard of Sergeant Taillon touching someone inappropriately or making inappropriate gestures.

On Thursday, August 20, 2020, Lieutenant Banks contacted Deputy Superintendent (Chief) Arlinda Westbrook and advised her of the information obtained. Due to the allegation, Chief Westbrook advised Sergeant Taillon would be detailed to another assignment due to the employee in which she allegedly was inappropriate with, assigned to the APR Unit.

[redacted]

On Friday, August 21, 2020, Lieutenant Darryl Watson met with Sergeant Stephanie Taillon and advised her of her "Detailed" assignment status and location. Sergeant Taillon was detailed to the 7th District of the Field Operation Bureau.

[redacted]

[redacted]

INITIATION OF A FORMAL DISCIPLINARY INVESTIGATION

PIB CTN #: 2020-0417-R Page 5 of 6

[redacted]

GODCHAUX-BOUDREAUX0064

# INITIATION OF A FORMAL DISCIPLINARY INVESTIGATION

Based on the information provided, Sergeant Stephanie Taillon, may be in violation of Rule 3: Professional Conduct; Paragraph 1: Professionalism if she did not conduct herself in a professional manner with the utmost concern for the dignity of the individual with who she was interacting. Employees shall not unnecessarily inconvenience or demean any individual or otherwise act in a manner which brings discredit to the employee or the New Orleans Police Department.

Based on the information provided, Sergeant Stephanie Taillon, may be in violation of Rule 4: Performance of Duty; Paragraph 2: Instructions from an Authoritative Source to wit NOPD Chapter 26.3: Workplace Discrimination, Sexual Harassment, and Retaliation; Subsection: Other Examples of Inappropriate Conduct, #10 (1) Touching another person's body in a manner that the employee knows are should know the other person will regard as offensive (c.g. unwelcome neck massages, rubbing another person's hands or arms, touching another person's breasts, buttocks, or genitals. Sergeant Taillon allegedly inappropriately touched Senior Police Officer Kira Godchaux- Boudreaux in an inappropriate manner.

Lieutenant Precious Banks
Public Integrity Bureau