## Fw: Assignment

Kira L. Godchaux <klgodchaux@nola.gov>
Thu 12/10/2020 7:02 PM
To: kira <kireelynne@yahoo.com>

---

**From:** John D. Thomas <Jthomas@nola.gov>
**Sent:** Thursday, December 3, 2020 12:12 PM
**To:** Kira L. Godchaux <klgodchaux@nola.gov>
**Cc:** Arlinda P. Westbrook <Apwestbrook@nola.gov>; Darryl J. Albert <dalbert@nola.gov>; Lawrence Dupree <ldupree@nola.gov>; Sabrina Richardson <SRichardson@nola.gov>; Nicole P. Powell <NPPowell@nola.gov>
**Subject:** Assignment

SPO Godchaux,

You are officially off detailed assignment status in SOD/Traffic/Hit and Run - Accident Investigation Unit. Effective Sunday, December 6, 2020, you will report to the 4th District. Please contact Captain Dupree for your assignment and reporting time.

Thank you,
John D. Thomas
Chief Deputy Superintendent
Field Operations Bureau



GODCHAUX-BOUDREAUX0055