KIRA L GODCHAUX

Inbox

Back to Search    Delete   Spam   Actions

**Fw: Use of Police Unit**     kireelynne@yaho.../Inbox

Mar 22, 2021 at 9:12 AM
Print   Raw message

Kira L. Godchaux <klgodchaux@nola.gov>
To: kira <kireelynne@yahoo.com>

HE NEVER RETURNED EMAIL after speaking with Captain ALBERT

From: Kira L. Godchaux
Sent: Monday, December 28, 2020 8:52 AM
To: Avery J. Theard <atheard@nola.gov>
Subject: Use of Police Unit

Good morning, Per our conversation on December 4,2020, you advised me verbally that Captain Albert advised I could not utilize a police vehicle while working a Tour of Duty.
With that being said the work directive changed from checking for surveillance cameras in Hit and run cases and assisting case Detectives with such. As per your instruction I will only be assisting with case call backs until further.

As you are aware I am full duty, with no police vehicle restrictions mandated. It should be noted that I utilize my personal vehicle to go to lunch , and menial tasks as it relates to police work (such as go to headquarters). I have previously had a court appearance while on duty in which I would have had to use my personal vehicle if it had not been rescheduled.

I am respectfully sending this email due to the fact that I have upcoming departmental events while working and would have to use my personal vehicle, and just advising as a matter of record and confirmation.

Respectfully,
Spo Kira L. Godchaux-Boudreaux

Delete   Spam   Actions   Apply



EXHIBIT E