```
            UNITED STATES DISTRICT COURT

            EASTERN DISTRICT OF LOUISIANA

*******************************************************

KIRA GODCHAUX-BOUDREAUX     *  CASE NO.: 21-1525

                            *  SECTION: L

versus                      *  JUDGE ELDEN E. FALLON

                            *

                            *  MAGISTRATE: 3

                            *  JUDGE DANA M. DOUGLAS

CITY OF NEW ORLEANS         *

*******************************************************
```

Rule 30(b)(6) deposition of the CITY OF NEW ORLEANS POLICE DEPARTMENT, through its representative ERICA BURKHALTER, taken on THURSDAY, JULY 7, 2022, commencing at 3:41 PM, via videoconference.

\* \* \*



EXHIBIT F

**Page 6**

1  Q  And it was my understanding that you're
2  a civilian employee; is that correct?
3  A  That's correct.
4  Q  Can you explain to me what that means?
5  A  I'm not a commissioned officer. So the
6  opposite of commissioned officer at NOPD is a
7  civilian. I don't have any type of law
8  enforcement experience. I don't have a gun and a
9  badge. I'm a civilian.
10  Q  I understand. And how long have you
11  been employed there?
12  A  Three years.
13  Q  Have you been in the same position the
14  whole time?
15  A  Yes. I've been employed with the city
16  for 14 years, but NOPD for a total of three years,
17  yes.
18  Q  And what is your job title?
19  A  My job title is interim HR director.
20  Q  Okay. What are your general duties as
21  interim HR director?
22  A  I oversee the day to day operations of
23  onboarding recruits as well as civilian employees.
24  I oversee the separation and retirement process
25  for commissioned and civilian employees. I

**Page 7**

1  oversee the payroll department which is
2  responsible for all of NOPD's payroll processes.
3  I oversee the employee relations division which is
4  responsible for processing all discipline and
5  other matters as far as sexual harassment, just
6  making sure employees comply with taking any type
7  of sexual harassment courses. So I pretty much --
8  I oversee the personnel payroll and employer
9  relations division of the NOPD.
10  Q  Okay. How did you prepare for this
11  deposition today?
12  A  I was told what was needed. I just
13  needed to be a subject matter on the actual
14  personnel file. I don't have any specifics of the
15  actual case or anything. I'm not, you know,
16  prepared in that manner, just as a subject expert
17  as what's related to what was actually in the
18  file.
19  Q  Okay. So did you review the personnel
20  file of Sergeant Stephanie Tallion?
21  A  No, I did not.
22  Q  Have you -- are you aware that that's
23  the personnel file that we're talking about? I
24  just want to be clear.
25  A  Yes, I am.

**Page 8**

1  Q  Okay. Have you seen it before?
2  A  Maybe. I don't remember. I have an
3  employ -- a clerical employee as it relates to
4  making copies and filing items in the personnel
5  file. So I don't really have anything -- access
6  should I say of personnel files. I can just
7  attest of how we put our files, how we file them
8  within the actual files. But I'm not familiar
9  with what's actually in her file at all.
10  Q  Okay.
11  A  Any specifics, should I say.
12     MS. ROBINS: And I want to state for the
13     record before you go into any further
14     questions, because you've said several
15     times now asking her about Sergeant
16     Tallion's personnel file, but per the
17     court's order, the subject matter is
18     just those portions of the personnel
19     file that includes commendations,
20     letters of discipline, and the
21     evaluations. So those are the portions
22     that Ms. Burkhalter is testifying to.
23     MS. FANSHIER: Yes. I agree. It is a
24     mouthful. But yes, you're right.
25     That's the section that I'm referring

**Page 9**

1     to. So -- and that is the portion that
2     you produced in the second -- the second
3     supplement that is labeled CNO S2043
4     that you were -- we were just
5     discussing.
6  BY MS. FANSHIER:
7  Q  So how often are evaluations completed?
8  A  Once yearly.
9  Q  Once yearly?
10  A  Yes.
11  Q  Is that the same for everybody in the --
12  like all commissioned officers or is it different?
13  A  Yes. That's for all employees. All --
14  Q  All employees. Okay. So and I -- I
15  suppose that we can -- and you have that file in
16  front of you; is that correct? The file labeled
17  CNO ST043 0129 performance evaluations?
18  A  I don't have it.
19     THE WITNESS: Do you have --
20  BY MS. FANSHIER:
21  Q  Is that the one that your counsel gave
22  to --
23     MS. ROBINS: I --
24     THE WITNESS: I'm sorry. I don't have
25     it.

Page 10
1   MS. FANSHIER: I'm sorry. I thought
2   that you had provided it to her --
3   MS. ROBINS: We have a copy of -- we
4   have a copy of it here, yes, if you want
5   --
6   MS. FANSHIER: Okay. But -- okay.
7   BY MS. FANSHIER:
8   Q   So Ms. Burkhalter, you have not seen
9   this before?
10   A   Of what -- the copies that was made, no
11   I think one of my employees may have made a copy.
12   But no I have not seen what was actually copied,
13   no. I didn't think I needed to.
14   Q   Oh, okay.
15   A   Yeah.
16   Q   Okay. No. I'm just trying to think of
17   the best way to ask you about it. So I guess can
18   we refer to this copy of the section that you have
19   there in front of you?
20   MS. FANSHIER: Ms. Robins, can you let
21   her take a look at it and --
22   MS. ROBINS: Well, if you have a
23   question, I have them here in case there
24   was something -- you asked a specific
25   question, she wasn't -- I'd prefer that

Page 11
1   you ask her questions rather than just
2   ask her to look through this --
3   MS. FANSHIER: Well, I wasn't going to
4   ask her to look through it.
5   MS. ROBINS: Okay. So I'll identify for
6   the record that there are two sections.
7   The first one produced was CNO ST001
8   through 042 and a second set with the
9   evaluations is CNO ST0043 through 0128.
10   MS. FANSHIER: Okay.
11   BY MS. FANSHIER:
12   Q   So Ms. Burkhalter, in either of the --
13   or in the section that you have been asked to
14   speak to for this deposition, are there any
15   evaluations of Sergeant Tallion included for the
16   year 2021?
17   A   There should be.
18   Q   Okay. So --
19   THE WITNESS: I don't know what number
20   --
21   MS. ROBINS: Do you want her to find the
22   evaluation for the annual year 2021 or
23   the evaluation done in 2021 which would
24   be in 2020?
25   BY MS. FANSHIER:

Page 12
1   Q   So upon my review of this file that you
2   have, I don't see any evaluations dated after
3   2018. So I am asking if you can please assist me
4   in understanding where that evaluation is included
5   in this file.
6   A   I'm not seeing it included in this file
7   that's before me. I do not have the whole entire
8   personnel file in front of me.
9   Q   Okay.
10   A   Of what was copied, I don't -- I'm not
11   seeing it. I see 2018 is the most recent in here.
12   Q   Okay. That's what I thought. But as
13   you are familiar with these, of course, I thought
14   I might be missing something. So let me clarify
15   as well -- are -- hold on one second. Okay. So
16   it is your understanding that performance
17   evaluations such as the ones in this document as
18   produced by the defendant are done every year?
19   A   That is correct.
20   Q   Correct?
21   A   Uh-huh, yes.
22   Q   Okay. Do you -- is there another
23   section of her personnel file in which we would
24   find performance evaluations from 2019, '20, '21?
25   A   No. That would be the only section that

Page 13
1   we hold performance evaluations in that section.
2   Q   Okay. Do you -- would the performance
3   evaluation section of a file include complaints
4   made about an employee by fellow employees?
5   A   No.
6   Q   Would those be included in a different
7   section of the file of the personnel file?
8   A   No. We don't file any type of
9   complaints made by another employee in the
10   personnel file.
11   Q   Oh, okay.
12   A   We have a certificate, the letter of
13   recommendation. Yeah. We don't have any type of
14   complaints.
15   MS. ROBINS: The first section that was
16   produced in the supplemental response
17   was a section of the file that would
18   include certificates, letters of
19   recommendation, and reprimand. So that
20   first section that we produced 001
21   through 042 would have any discipline
22   letters if there were any.
23   MS. FANSHIER: Okay. That -- I didn't
24   ask -- I asked the question. She
25   answered it to my satisfaction, so we're

Page 14
1      fine. It does not need to be
2      supplemented by discussion of the
3      previous production.
4  BY MS. FANSHIER:
5      Q   So is there, I guess -- is there a --
6  apologies if I asked this already. Is there any
7  reason that you know of that the performance
8  evaluations of Sergeant Stephanie Tallion simply
9  would not exist?
10     A   Sometimes evaluations are completed on
11 an employee for whatever reason. They're supposed
12 to be completed. So that would be a reason that
13 they didn't exist because it was -- an evaluation
14 was not performed.
15     Q   Okay. And whose --
16     A   Um --
17     Q   Oh, go ahead. Sorry.
18     A   I'm sorry. Yeah, that would be one
19 reason. And I have not looked into that to see if
20 that is the reason or not. Because like I said, I
21 wasn't prepared to -- didn't know I had to answer
22 those types of questions. But that would be a
23 reason that one was not completed at all.
24     Q   Okay. Who is responsible for completing
25 the evaluations?

Page 15
1      A   The supervisor.
2      Q   Okay. And --
3      A   And it has to be approved by the whole,
4  pretty much, chain of command up and to the
5  superintendent.
6      Q   Are you aware of who the supervisor who
7  is in charge of making performance evaluations of
8  Sergeant Tallion is?
9      A   No, I do not.
10     Q   Does the personnel file include any
11 notes about Sergeant Tallion's interaction with
12 coworkers?
13     A   No. That's not anything that's
14 typically in a personnel file.
15     Q   Gotcha. That's what I -- I know that
16 you told me that complaints are not generally
17 something that would be kept in this file from --
18 but -- let me look at this. Okay. So you see the
19 same file in front of you starts with New Orleans
20 Police Department Annual Performance Evaluation.
21 Can you turn to the first page.
22     A   Okay.
23     Q   So number 7 on this page says, "Did the
24 employee receive any commendations, rank initiated
25 and civilian," and then number 8 states, "Did the

Page 16
1  employee receive any complaints, rank initiated
2  and civilian?" So can you just explain to me what
3  complaints would fall in this category?
4      A   I don't -- I'm not sure.
5      Q   Okay. Is this something that's in
6  every --
7      A   And I don't want to assume. But I'm not
8  100 percent sure what complaints are they actually
9  referring to.
10     Q   Okay. Yeah. I was confused as well.
11 And not to press you if it's something you're --
12 it's fine to say you don't know, but can you
13 explain the term, "rank initiated" to me?
14     A   From a commissioned supervisor.
15     Q   So someone above you, above a person?
16     A   Right.
17     Q   Or just anyone commissioned or someone
18 above you?
19     A   Yes. It'd be within that person's rank.
20 Within that person's -- like, if you are a
21 sergeant, your lieutenant.
22     Q   Okay.
23     A   Yeah.
24     Q   Oh, okay. I understand. Okay. Thank
25 you for clarifying that. So you mentioned that

Page 17
1  the -- as the interim HR director, you oversee
2  employee-related complaint processes including
3  sexual harassment; is that correct?
4      A   No. I oversee the portion of -- each
5  year, employees have to take a sexual harassment
6  course, all city employees. And that's the
7  portion that we oversee to make sure that that
8  course is taken and completed.
9      Q   Oh, okay. So it's only the making sure
10 the course is done in every department and all
11 that's recorded?
12     A   Yeah.
13     Q   Okay. Great. Oh, okay. Thank you.
14 Okay. Y'all, I'm just going to take a moment,
15 like a minute just to look at my notes and see if
16 there's anything else I want to make sure I ask
17 you.
18         MS. FANSHIER: All right. So if -- I
19         don't know if you want to actually take
20         a break at all or -- I'm just going to
21         look at my notes for a minute. Okay?
22         Thoughts? Okay.
23         (At this time, 4:05 p.m., a brief
24         recess was taken. Back on the record at
25         4:05 p.m.)