UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIRA GODCHEAUX-BOUDREAUX | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 21-1525 |
| | * | |
| THE CITY OF NEW ORLEANS | * | SECTION "L" |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE "3" |
| | * | JUDGE DOUGLAS |
| | * | |

TO: City of New Orleans
*Through counsel of record*
**ERAKA W. DELARGE, LSB# 29702**
ASSISTANT CITY ATTORNEY
evwilliams@nola.gov
**ELIZABETH S. ROBINS, LSB# 25224**
DEPUTY CITY ATTORNEY
esrobins@nola.gov
**CHURITA H. HANSELL, LSB# 25694**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB # 23338**
CITY ATTORNEY
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

**PLAINTIFF'S RESPONSES TO THE CITY OF NEW ORLEANS' FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF KIRA GODCHEAUX-BOUDREAUX**

NOW COMES Plaintiff, Kira Godchaux-Boudreaux ("Ms. Godchaux-Boudreaux" "Respondent" "Plaintiff") who responds the following interrogatories propounded on her by Defendant, City of New Orleans.

Page **1** of **8**



## REQUESTS FOR PRODUCTION OF DOCUMENTS

### REQUEST FOR PRODUCTION NO. 1:

Produce all documents supporting your response to Interrogatory No. 1, including but not limited to any written statements or audio recordings of statements made by persons you identified in response to Interrogatory No. 1.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

Plaintiff has not received any such written statements or audio recordings, other than the recording produced by Defendant In connection with their responses to Plaintiff's First Set of Interrogatories and Requests for Production.

### REQUEST FOR PRODUCTION NO. 2:

Produce certified copies of all records maintained by any mental healthcare provider or facility you identified in response to Interrogatory No. 2, including but not limited to treatment records, prescription records, correspondence, insurance records and billing records, covering the time period of January 1, 2017 thru the present.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

Plaintiff is not in possession of certified records maintained by the healthcare providers. Plaintiff has attached, however, all of the medical and billing records in her possession. Moreover, Plaintiff has attached a signed authorization for each healthcare provider listed in her Answers to Interrogatories.

### REQUEST FOR PRODUCTION NO. 3:

Produce certified copies of all medical records maintained by any mental healthcare provider or facility you identified in response to Interrogatory No. 3, (not already provided in response to RFP

No. 2), including but not limited to treatment records, prescription records, correspondence, insurance records and billing records, covering the time period of January 1, 2017 thru the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Plaintiff is not in possession of certified records maintained by the healthcare providers. Plaintiff has attached, however, all of the medical and billing records in her possession. Moreover, Plaintiff has attached a signed authorization for each healthcare provider listed in her Answers to Interrogatories.

**REQUEST FOR PRODUCTION NO. 4:**

Produce certified copies of all records maintained by any medical healthcare provider or facility you identified in response to Interrogatory No. 4, including but not limited to treatment records, prescription records, correspondence, insurance records and billing records, covering the time period of January 1, 2017 thru the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Plaintiff is not in possession of certified records maintained by the healthcare providers. Plaintiff has attached, however, all of the medical and billing records in her possession. Moreover, Plaintiff has attached a signed authorization for each healthcare provider listed in her Answers to Interrogatories.

**REQUEST FOR PRODUCTION NO. 5:**

Produce certified copies of all prescription records of every pharmacy you identified in response to Interrogatory No. 5, covering the time period of January 1, 2017 thru the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Plaintiff is not in possession of certified records maintained by CV pharmacy. Plaintiff has attached, however, all of the pharmacy and billing records in her possession attached hereto as

GODCHAUX-BOUDREAUX00187-89. Moreover, Plaintiff has attached a signed authorization for each pharmacy provider listed in her Answers to Interrogatories.

**REQUEST FOR PRODUCTION NO. 6:**

Produce complete copies of all federal and state tax returns filed for the last five (5) years, for tax years 2017, 2018, 2019, 2020 and 2021, with all attachments and schedules, including but not limited to any W-2s and any 1099s evidencing wages.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Please see attached Plaintiff's W-2s from 2019-2021. Plaintiff is in the process of requesting her W-2s from 2017 and 2018 and will produce once received. Plaintiff has also attached additional payroll information for relevant dates pertaining to this matter. Please note Plaintiff has only had one employer from 2017-2021 and, as such, her W-2s are an accurate reflection of her income. Plaintiff reserves the right to provide additional income documentation once received.

**REQUEST FOR PRODUCTION NO. 7:**

Produce any written statements or audio recordings of statements, in your possession, by any witnesses you identified in response to Interrogatory No. 7.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

As stated, the only audio recording in Plaintiff's possession is the one provided by Defendant in connection to its responses to Plaintiff's initial written discovery.

**REQUEST FOR PRODUCTION NO. 8:**

Produce copies of any exhibits you identified in response to Interrogatory No. 8, including but not limited to any documents, pictures, graphs, charts, reports, mental healthcare records, medical healthcare records, video or audio recordings you intend to introduce into evidence at the trial of this matter.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Please see attached "Documents produced for City's RFPs." Plaintiff reserves the right to produce additional exhibits/documentation listed that are not included in this response once she has received them. Everything produced is what Plaintiff has in her possession.

**REQUEST FOR PRODUCTION NO. 9:**

Produce copies of any documents, pictures, reports, mental healthcare records, medical healthcare records, video or audio recordings that were reviewed in responding to Interrogatory No. 9, are referenced in your response to Interrogatory No. 9, or any way support your response to Interrogatory No. 9.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

Please see attached medical records and the report from the New Orleans Police Department Special Victims Section – Sex Crimes (I-17096-20) attached hereto as GODCHAUX-BOUDREAUX00213-239.

**REQUEST FOR PRODUCTION NO. 10:**

Produce copies of any documents that were reviewed in responding to Interrogatory No. 10, are referenced in your response to Interrogatory No. 10, or any way support your response to Interrogatory No. 10.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Please see attached W-2s, attached hereto as GODCHAUX-BOUDREAUX00190-213.

**REQUEST FOR PRODUCTION NO. 11:**

Produce copies of any documents that were reviewed in responding to Interrogatory No. 11, are referenced in your response to Interrogatory No. 11, or any way support your response to Interrogatory No. 11.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

Please see attached documents pertaining to Ms. Godchaux-Boudreaux's worker's compensation claim from 2016, attached hereto as GODCHAUX-BOUDREAUX00239-242.

**REQUEST FOR PRODUCTION NO. 12:**

Produce copies of any documents that were reviewed in responding to Interrogatory No. 12, are referenced in your response to Interrogatory No. 12, or any way support your response to Interrogatory No. 12.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

Please see Answer to Interrogatory No. 12.

**REQUEST FOR PRODUCTION NO. 13:**

Produce copies of any documents that were reviewed in responding to Interrogatory No. 13, are referenced in your response to Interrogatory No. 13, or any way support your response to Interrogatory No. 13.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

Please see attached documents pertaining to Ms. Godchaux-Boudreaux's worker's compensation claim from 2016 and 2021.

**REQUEST FOR PRODUCTION NO. 14:**

If not already provided in your response to City Defendants' Interrogatories, please produce a signed verification for your answers to City Defendants' Interrogatories pursuant to Fed. R. Civ. P. 33(b)(5).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Please see the signed verifications on Plaintiff's Responses to City's First Set of Interrogatories.

**REQUEST FOR PRODUCTION NO. 15:**

If you are currently on Social Security Disability (SSD or SSI) or have you applied for Social Security Disability (SSD or SSI), please execute and provide the attached Social Security Administration Request for Information form.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

No such Social Security Administration Request for Information form was attached to these Requests. Moreover, Plaintiff is not on, nor has she applied for Social Security Disability (SSD or SSI).

**REQUEST FOR PRODUCTION NO. 16:**

Produce all documents reviewed in responding to the forgoing interrogatories and request for production that have not already been produced in response to a prior request for production.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Plaintiff has produced all documentation she reviewed in responding to the foregoing.

                    Respectfully Submitted:

                    */s/    Amanda    J.    Olmsted*
Amanda J. Olmsted (Bar. No. 40002)
Ravi K. Sangisetty (Bar No. 30709)
**SANGISETTY LAW FIRM LLC**
3914 Canal St.

New Orleans, LA 70119
Telephone: (504) 662-1016
Facsimile: (504) 662-1318
amanda@sangisettylaw.com
rks@sangisettylaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Responses to Defendant's Interrogatories has been served upon all counsel of record by email this 20th day of May, 2022.

/s/ *Amanda J. Olmsted*
Amanda J. Olmsted