NEW ORLEANS POLICE DEPARTMENT

PHYSICIAN'S EXAMINATION CERTIFICATION

EMPLOYEE NAME: Kira Gotchaux Boudrea   ITEM NUMBER: N/A

CIVIL SERVICE JOB CLASSIFICATION: P/O IV Senior Police Officer

EMPLOYEE ID NO.: 10376   DATE OF ILLNESS/INJURY: Sept 24 2020

STATUS (CIRCLE ONE): **SICK**   WORKMEN'S COMPENSATION   INJURED ON DUTY   LEAVE WITHOUT PAY

I hereby authorize the release of the information requested on this form.

EMPLOYEE SIGNATURE: Kira GoBondrea

****************************************************************

TO BE COMPLETED BY PHYSICIAN

Current Diagnosis: Acute Anxiety - transient situational circumstances. Not depressed or suicidal.

Attached hereto is the Civil Service job description for the above named employee. Please review and complete the below section.

After reviewing the job description attached hereto, it is my opinion the employee is:

☐ Able to return to Full Duty on _____ (Date)

☐ Will never return to Full Duty

☐ Unable to return in any capacity at this time

☒ Able to return to Limited Duty with the following restrictions on: Oct 7, 2020 (Date)

RESTRICTIONS: Officer "inside" clerical or investigative duties. Not able to perform P/O duties on the street at this time.

Estimated Length of Time Until Return to: (complete which is applicable)

Limited Duty: 2 weeks

Full Duty: _____

Physician's Name: (please print) DR W V McDERMOTT Psychologist

Physician's Signature: _____   Date: Sept 24, 2020

NOPD Form 50 revised 12/11





EXHIBIT

GODC

## NEW ORLEANS POLICE DEPARTMENT

### PHYSICIAN'S EXAMINATION CERTIFICATION

EMPLOYEE NAME: Kira Godchaux-Boudreau   ITEM NUMBER: N/A

CIVIL SERVICE JOB CLASSIFICATION: P/O IV Senior Police Officer

EMPLOYEE ID NO.: 10376   DATE OF ILLNESS/INJURY: Sept. 24, 2020

STATUS (CIRCLE ONE): **SICK**   WORKMEN'S COMPENSATION   INJURED ON DUTY   LEAVE WITHOUT PAY

I hereby authorize the release of the information requested on this form.

EMPLOYEE SIGNATURE: Kira Godchaux-Boudreau

***

### TO BE COMPLETED BY PHYSICIAN

Current Diagnosis: Acute Anxiety - Transient Situational Disturbance due to Current Circumstances Without Depression or Suicidal Risk

Attached hereto is the Civil Service job description for the above named employee. Please review and complete the below section.

After reviewing the job description attached hereto, it is my opinion the employee is:

[X] Able to return to Full Duty on __Oct 7 2020__ (Date)

[ ] Will never return to Full Duty

[ ] Unable to return in any capacity at this time

[ ] Able to return to Limited Duty with the following restrictions on: _____ (Date)

RESTRICTIONS: NONE

Estimated Length of Time Until Return to: (complete which is applicable)

Limited Duty _____

Full Duty __Presently__

Physician's Name: (please print) DR WV McDERMOTT, Psychologist

Physician's Signature: _____   Date: Oct 6 2020 of Reevaluation

NOPD Form 50 revised 12/11

## NEW ORLEANS POLICE DEPARTMENT
### PHYSICIAN'S EXAMINATION CERTIFICATION

EMPLOYEE NAME: Kira Godchaux-Boudreaux   ITEM NUMBER: N/A

CIVIL SERVICE JOB CLASSIFICATION: SPO

EMPLOYEE ID NO.: 1C376   DATE OF ILLNESS/INJURY: _____

STATUS (CIRCLE ONE): **SICK**   WORKMEN'S COMPENSATION   INJURED ON DUTY   LEAVE WITHOUT PAY

I hereby authorize the release of the information requested on this form.

EMPLOYEE SIGNATURE: _____

----

**TO BE COMPLETED BY PHYSICIAN**

Current Diagnosis: REEVALUATION from 9/24/20
Acute Anxiety - Transient Situational Disturbance
No Depression, Suicidal Ideation or Suicidal Risk

Attached hereto is the Civil Service job description for the above named employee. Please review and complete the below section.

After reviewing the job description attached hereto, it is my opinion the employee is:

- [ ] Able to return to Full Duty on _____ (Date)
- [ ] Will never return to Full Duty
- [ ] Unable to return in any capacity at this time
- [ ] Able to return to Limited Duty with the following restrictions on: _____ (Date)

RESTRICTIONS: Requires "INSIDE" clerical or investigative Assignment. Not Psychologically Able At This Time to perform P/O Duties on the street

Estimated Length of Time Until Return to: (complete which is applicable)

Limited Duty _____

Full Duty _____

Physician's Name: (please print) Dr WV McDermott Clin Psychologist

Physician's Signature: _____   Date: Dec 4 2020
Reevaluation (Virtual)

NOPD Form 50 revised 12/11